IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

IN THE MATTER OF:                          CASE NO. 09-50769

FRANCISCO MARTINEZ A/K/A FRANCISCO
MARTINEZ-ZAPATA

  DEBTOR                                           CHAPTER 13

NOTICE OF APPEARANCE
AND
REQUEST FOR SERVICE OF NOTICES AND OTHER DOCUMENTS

  Notice is hereby given that Lee Gordon, of McCreary, Veselka, Bragg & Allen, P.C., P. O. Box 1269, Round Rock, Texas 78680, will appear as counsel for County of Guadalupe in the above-entitled case and requests that service of notices and other documents be made upon this attorney of record.

Dated: April 3, 2009

                                                 Respectfully submitted,

                                                McCREARY, VESELKA, BRAGG & ALLEN, P.C.
                                                Attorneys for Claimant, County of Guadalupe
                                                P. O. Box 1269
                                                Round Rock, Texas 78680
                                                (512) 323-3200

                                                /s/ Lee Gordon
                                                _____
                                                Lee Gordon
                                                State Bar Number 08212500

CERTIFICATE OF SERVICE

  I hereby certify that I have placed a copy of the above Notice of Appearance And Request For Service Of Notices And Other Documents to J. Todd Malaise, Attorney for Debtor, 909 NE Loop 410, Ste. 300, San Antonio, TX 78209; Marion Olson, Trustee, 909 NE Loop 410, Ste. 400, San Antonio, TX 78209, on April 3, 2009, by First Class U. S. Mail or by Electronic Notification.

                                                /s/ Lee Gordon
                                                _____
                                                Lee Gordon